Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Philips North America LLC*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GREG SEASTRAND,<br><br>                    Plaintiff,<br><br>vs.<br><br>PHILIPS NORTH AMERICA LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>                    Defendants. | Case No.: 2:25-cv-00804-APG-EJY<br><br>~~STIPULATION AND~~ ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION<br><br>[FIRST REQUEST] |

Plaintiff Greg Seastrand ("Plaintiff") and Defendant Philips North America LLC ("Defendant" or "Philips") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to continue the date for the Early Neutral Evaluation ("ENE") Session presently scheduled for August 8, 2025, at 10:00 a.m., before U.S. Magistrate Judge Daniel J. Albregts (ECF No. 9), due to the unavailability of Defendant's representative. Additionally, Defendant's counsel is scheduled to participate in another ENE that day.

The Parties are available and propose the following five (5) alternative dates, as follows:

- August 21, 2025;
- August 22, 2025;
- August 29, 2025;
- September 3, 2025;
- September 4, 2025.

The parties further request that the confidential written evaluation statement be due to Magistrate Judge Daniel J. Albregts' chambers one week prior to the new date of the ENE session by 4:00 p.m. This extension is sought in good faith, and not for the purpose of delay.

IT IS SO STIPULATED.

DATED this 16th day of July, 2025.

KEMP & KEMP, ATTORNEYS AT LAW

/s/ James P. Kemp
James P. Kemp, Esq.
Nevada Bar No. 006375
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

DATED this 16th day of July, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin
Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorney for Defendant Philips North America LLC*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 14) is GRANTED. The ENE presently scheduled for August 8, 2025, is VACATED and RESCHEDULED for September 3, 2025, at 10:00 AM.

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 17, 2025