Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Philips North America LLC*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GREG SEASTRAND,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>PHILIPS NORTH AMERICA LLC, a Delaware Limited Liability Company; DOES I-X; ROE BUSINESS ENTITIES I-X,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-00804-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CASE, WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED, by and between Plaintiff Greg Seastrand ("Plaintiff") and Defendant Philips North America LLC ("Defendant"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendant, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

Each party to bear their own attorneys' fees, costs and expenses.

DATED this 3rd day of December, 2025.

KEMP & KEMP, ATTORNEYS AT LAW

/s/ *James P. Kemp*

James P. Kemp, Esq.
Nevada Bar No. 006375
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130

*Attorney for Plaintiff*

DATED this 3rd day of December, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Anthony L. Martin*

Anthony L. Martin
Nevada Bar No. 8177
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant Philips North America LLC*

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 4, 2025

- 2 -